William D. Hyslop
United States Attorney
Eastern District of Washington
Michael D. Murphy
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 08, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>      v.<br><br>DAVID BEAU HAYS,<br><br>               Defendant. | 1:20-CR-2047-SMJ<br><br>INDICTMENT<br><br>Vios: 18 U.S.C. §§ 1153, 2111<br>      Robbery<br>      (Count 1)<br><br>18 U.S.C. § 924(c)(1)(A)<br>Using and Carrying A Firearm<br>During and in Relation to a<br>Crime of Violence<br>(Count 2)<br><br>18 U.S.C. § 924, 28 U.S.C.<br>§ 2461<br>Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

On or about November 3, 2020, within the external boundaries of the Yakama Nation Indian Reservation, in Indian Country, in the Eastern District of Washington, the Defendant, DAVID BEAU HAYS, an Indian, knowingly and intentionally by force and violence and by intimidation, did take and attempt to take from the person and presence of L.L.G. and L.G. money and a car remote entry fob, in violation of 18 U.S.C. §§ 1153, 2111.

INDICTMENT – 1

## COUNT 2

On or about November 3, 2020, in the Eastern District of Washington, the Defendant, DAVID BEAU HAYS, did knowingly brandish, carry and use a firearm, to wit, a Puma brand .44 caliber rifle, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Robbery, as alleged in Count 1 of this Indictment, in violation of 18 U.S.C. § 924(c)(1)(A).

## NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. § 924(c)(1)(A), as set forth in Count 2 of this Indictment, the Defendant, DAVID BEAU HAYS, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense.

DATED this ___ day of December, 2020.

A TRUE BILL

_____
William D. Hyslop
United States Attorney

_____
Michael D. Murphy
Assistant United States Attorney

INDICTMENT – 2